UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday November 20, 2003
2:15 p.m.

CASE NO. **3:02cv1395 MRK**    **Martin v Town of Westport**

Melinda A. Powell
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190

Michael J. Rose
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190

Martha Anne Shaw
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190

Ikechukwu Umeugo
Umeugo & Assoc.
840 Orange Ave., 2nd Fl.
PO Box 26373
West Haven, CT 06516

Alexandria L. Voccio
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190

STATUS CONFERENCE HELD

DATE: 11/20/03

10 min.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK