Order

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
APR 12  3 55 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

ROBERT E. MARTIN, JR.,

    Plaintiff,

v.                                  Civil No. 3:02cv1395 (MRK)

TOWN OF WESTPORT, et al.,

    Defendants.

## ORDER

The Court hereby VACATES the referral of the above-captioned case to Magistrate Judge Thomas P. Smith [doc. #17] for settlement purposes.

IT IS SO ORDERED.

Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: April 8, 2004.