UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT E. MARTIN, Jr., <br>     Plaintiff | :   NO.: 3:02-CV-1395 (MRK) <br> : <br> : |
| v. | : <br> : |
| TOWN OF WESTPORT AND <br> STEPHEN EDWARDS, <br>     Defendants | : <br> : <br> :   SEPTEMBER 17, 2004 |

## JOINT MOTION FOR EXTENSION OF TIME

The defendant, Town of Westport, on behalf of itself and the plaintiff, Robert E. Martin, Jr., respectfully request an extension of time of two weeks in which to file a joint trial management report. The parties jointly request the extension of time through September 30, 2004.

The parties request this extension of time because they have not been able to complete the joint trial management report. In particular, defendants' counsel has just returned from a week-long vacation and has been engaged in numerous depositions during the week of September 13, 2004 through September 17, 2004.

This is a joint motion; plaintiff has been consulted and agrees to this extension of time.

ORAL ARGUMENT IS NOT REQUESTED

Wherefore the parties respectfully request that the Court grant the defendants' Joint Motion for Extension of Time.

DEFENDANTS,
TOWN OF WESTPORT AND
STEPHEN EDWARDS

By_____
Michael J. Rose [ct14803]
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
Phone: (860) 249-1361
Fax: (860) 249-7665
E-Mail: mrose@hl-law.com

**CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via regular U.S. Mail, to the following counsel of record this 17th day of September, 2004.

Ikechukwu Umeugo, Esquire
Umeugo & Associates, P.C.
620 Boston Post Road
PO Box 26373
West Haven, CT 06516

_____
Michael J. Rose

2