# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT E. MARTIN, JR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:02cv1395 (MRK) |
| | : | |
| TOWN OF WESTPORT AND | : | |
| STEPHEN EDWARDS, | : | |
| | : | |
| Defendants | : | |

## **ORDER**

Having received the parties Joint Trial Memorandum, the Court sets the following trial schedule:

1. A final pre-trial conference will be held at **2:00 p.m. on October 26, 2004** in Courtroom # 4.

   **TRIAL COUNSEL MUST ATTEND THE FINAL PRE-TRIAL CONFERENCE.**

2. Jury selection will take place on **November 4, 2004 at 9:30 a.m.** in Courtroom # 4.   Trial will commence in this case at **9:30 a.m. on November 15, 2004**.

IT IS SO ORDERED.

/s/ _____Mark R. Kravitz_____
United States District Judge

Dated at New Haven, Connecticut: <u>October 7, 2004</u>.