UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT E. MARTIN, Jr., | : | NO.: 3:02-CV-1395 (MRK) |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF WESTPORT AND | : | |
| STEPHEN EDWARDS, | : | |
|     Defendants | : | OCTOBER 25, 2004 |

## **MOTION IN LIMINE**

Pursuant to Federal Rule of Evidence 401 and 402, the defendants, **Town of Westport and Stephen Edwards**, respectfully request that the Court preclude the introduction of evidence of emotional upset beyond October 1, 2001 as the plaintiff returned to work on that date.

Any evidence of emotional upset beyond October 1, 2001 is not relevant to this lawsuit because the plaintiff returned to work on October 1, 2001.  "'Relevant evidence' means evidence having any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence."  "All relevant evidence is admissible, except as otherwise provided by the Constitution of the United States, by Act of Congress, by these rules, or by other rules prescribed by the Supreme Court pursuant to statutory

ORAL ARGUMENT IS REQUESTED

authority. Evidence which is not relevant is not admissible." See, FED. R. EVID. 401 and 402.

Any evidence of emotional upset beyond October 1, 2001 is not relevant. The plaintiff returned to work on October 1, 2001. His emotional upset claims in this lawsuit are based on his allegation that his employment was terminated and/or he was forbidden to work. He cannot claim any damages for emotional upset beyond the time he returned back to work. Therefore, any evidence of emotional upset beyond October 1, 2001 does not have any tendency to make the existence of any fact that is of consequence to the action more probable or less probable than it would be without the evidence.

Because any evidence of emotional upset beyond October 1, 2002 is not relevant, the court should rule in limine that the evidence is inadmissible.

>   DEFENDANTS,
>   TOWN OF WESTPORT AND
>   STEPHEN EDWARDS
>
>   By /s/ Michael J. Rose
>     Michael J. Rose [ct14803]
>     Howd & Ludorf
>     65 Wethersfield Avenue
>     Hartford, CT  06114
>     Phone:  (860) 249-1361
>     Fax:  (860) 249-7665
>     E-Mail:  mrose@hl-law.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via US Mail to the following counsel of record this 25th day of October, 2004.

Ikechukwu Umeugo, Esquire
Umeugo & Associates, P.C.
620 Boston Post Road
PO Box 26373
West Haven, CT  06516

                                                  /s/ Michael J. Rose
                                                  Michael J. Rose
                                                  Martha A. Shaw
                                                  Alexandria L. Voccio