FILED

Oct 26  4 27 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT E. MARTIN, Jr., <br> Plaintiff | : NO.: 3:02-CV-1395 (MRK) |
| v. | : |
| TOWN OF WESTPORT AND <br> STEPHEN EDWARDS, <br> Defendants | : <br> : OCTOBER 22, 2004 |

## MOTION IN LIMINE

Pursuant to Federal Rules of Evidence 401 and 402, the defendants, **Town of Westport and Stephen Edwards**, respectfully request that the Court preclude the introduction of evidence of lost wages beyond October 1, 2001 as the plaintiff returned to work on that date.

Any evidence of lost wages beyond October 1, 2001 is not relevant to this lawsuit because the plaintiff returned to work on October 1, 2001. "Relevant evidence" means evidence having any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence." "All relevant evidence is admissible, except as otherwise provided by the Constitution of the United States, by Act of Congress, by these rules, or by other rules prescribed by the Supreme Court pursuant to statutory authority. Evidence which is not relevant is not admissible." See, FED. R. EVID. 401

ORAL ARGUMENT IS REQUESTED

and 402.

Any evidence of lost wage beyond October 1, 2001 is not relevant. The plaintiff returned to work on October 1, 2001. He cannot claim any damages for lost wages beyond the time he returned to work. Therefore, any evidence of lost wages beyond October 1, 2001 does not have any tendency to make the existence of any fact that is of consequence to the action more probable or less probable than it would be without the evidence.

Because any evidence of lost wages beyond October 1, 2002 is not relevant, the court should rule <u>in limine</u> that the evidence is inadmissible.

DEFENDANTS,<br>
TOWN OF WESTPORT AND<br>
STEPHEN EDWARDS<br>
<br>
By_____<br>
Michael J. Rose [ct14803]<br>
Howd & Ludorf<br>
65 Wethersfield Avenue<br>
Hartford, CT 06114<br>
Phone: (860) 249-1361<br>
Fax: (860) 249-7665<br>
E-Mail: mrose@hl-law.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via US Mail to the following counsel of record this 25th day of October, 2004.

Ikechukwu Umeugo, Esquire
Umeugo & Associates, P.C.
620 Boston Post Road
PO Box 26373
West Haven, CT  06516

                                                Michael J. Rose
                                                Martha A. Shaw
                                                Alexandria L. Voccio