FILED
Oct 29   4 11 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT E. MARTIN, Jr., | : | NO.: 3:02-CV-1395 (MRK) |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF WESTPORT AND | : | |
| STEPHEN EDWARDS, | : | |
| Defendants | : | OCTOBER 29, 2004 |

## JOINT STATEMENT

The case is a lawsuit filed by Robert E. Martin, Jr., against his employer, the Town of Westport. Mr. Martin is an African-American male who claims that he was discriminated against in the terms and conditions of his employment based upon his race, African-American.

In particular, Mr. Martin claims that he sustained a work-related injury in 1999. He claims that the Town of Westport eventually discharged him and/or he was forbidden to work for a period from April 1, 2001 to October 15, 2001 on account of his race.

Mr. Martin is therefore bringing claims for racial discrimination based upon disparate treatment pursuant to Title VII and Connecticut Fair Employment Practices Act in which he seeks back pay and emotional distress damages for the period of April 1, 2001 through October 15, 2001.

THE PLAINTIFF
ROBERT E. MARTIN, JR.

Date: OCTOBER 29, 2004        BY: _____
                              IKECHUKWU UMEUGO
                              HIS ATTORNEY
                              UMEUGO & ASSOCIATES, P.C
                              820 BOSTON POST ROAD
                              P.O. BOX 23673
                              WEST HAVEN, CT 06516
                              Phone: (203) 931-2680
                              Fax: 203-931-2682
                              Email:umeugoand.associates@snet.net
                              Fed. Bar#Ct. 04536


THE DEFENDANT
TOWN OF WESTPORT

Date: October 29, 2004        BY: _____
                              ALEXANDRIA L. VOCCIO [ct21792]
                              MICHAEL J. ROSE, ESQ. [ct14803]
                              HOWD & LUDORF
                              65 WETHERSFIELD AVE.
                              HARTFORD, CT 06114-1190
                              Phone: (860) 249-1361
                              Fax: (860) 249-7665
                              Email: mrose@hl-law.com
                              Fed. Bar#Ct.14803