UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT E. MARTIN, JR., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil No. 3:02cv1395 (MRK) |
| : | |
| TOWN OF WESTPORT AND : | |
| STEPHEN EDWARDS, : | |
| : | |
| Defendants : | |

## **ORDER**

For the reasons stated on the record at the final pretrial conference on October 26, 2004, Defendant's Motions in Limine [# 42, # 43, and # 45] are DENIED AS MOOT since Plaintiff has represented to the Court that he does not intend to introduce testimony or evidence regarding such matters. Defendant's Motion in Limine [# 44] is GRANTED since Plaintiff cannot establish unavailability of the relevant witnesses at this time. If that should change, the Court may reconsider.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: November 1, 2004.