UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT E. MARTIN, Jr., | : | NO.: 3:02-CV-1395 (MRK) |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF WESTPORT AND | : | |
| STEPHEN EDWARDS, | : | |
|     Defendants | : | NOVEMBER 3, 2004 |

## **APPEARANCE**

Please enter the appearance of Christy H. Doyle as an attorney for the defendant, Town of Westport and Stephen Edwards, in addition to the appearances already on file by this firm.

> DEFENDANTS,
> TOWN OF WESTPORT AND
> STEPHEN EDWARDS
>
>
> By /s/ Christy H. Doyle
>    Christy H. Doyle [ct 23458]
>    Howd & Ludorf
>    65 Wethersfield Avenue
>    Hartford, CT  06114
>    Phone:  (860) 249-1361
>    Fax:  (860) 249-7665
>    E-Mail:  mrose@hl-law.com

**CERTIFICATION**

   This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via US Mail to the following counsel of record this 3rd day of November, 2004.

Ikechukwu Umeugo, Esquire
Umeugo & Associates, P.C.
620 Boston Post Road
PO Box 26373
West Haven, CT  06516

                _/s/ Christy H. Doyle_____
                Michael J. Rose
                Martha A. Shaw
                Alexandria L. Voccio
                Christy H. Doyle