

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT E. MARTIN, Jr.,<br>Plaintiff | : | NO.: 3:02-CV-1395 (MRK) |
| v. | : | |
| TOWN OF WESTPORT AND<br>STEPHEN EDWARDS,<br>Defendants | :<br>:<br>: | NOVEMBER 12, 2004 |

## THE PARTIES' STIPULATION OF UNCONTROVERTED FACTS

Mr. Martin is an African-American male employed by the Town of Westport (the "Town") in its Equipment Maintenance Division. That division falls under the aegis of the Town's Public Works Department of which Mr. Edwards is the Director. Mr. Martin is, and at all relevant times was, the Master Mechanic. A copy of the job description for Master Mechanic will be given to the jury. There are only two mechanics in the equipment maintenance division, an equipment mechanic and the master mechanic.

On or about December 20, 1999, Mr. Martin injured his right shoulder and wrist while working for the Town. He underwent surgery on his elbow and wrist on February 14, 2000, and spent time out of work recuperating until about August 2000. In August 2000, Mr. Martin returned to work, but his treating physician limited Mr. Martin to light duty, not to exceed four hours a day, with no lifting.

On December 14, 2000, Mr. Martin re-injured his right arm and he remained out of work until February 20, 2001. On February 20, 2001, Mr. Martin again returned to light duty for four hours a day, but increased to eight-hour days of light duty beginning February 22, 2001. Mr. Martin's light duty assignment restricted any required lifting of more than ten pounds. On April, 13, 2001, after meeting with Mr. Martin and his union representatives, Mr. Edwards advised Mr. Martin by letter that: "as of the end of April we will only have work for you if your doctor authorizes your return to your regular position as Master Mechanic, full-time without restrictions, and you do, in fact, return to work."

When Mr. Martin reported to work on May 1, 2001, he was forbidden to work. However, Mr. Martin continued to receive health benefits in accordance with the contract between the Union and the Town. Had Mr. Martin worked for the Town of Westport during the period of May 1, 2001 through October 15, 2001 his wages would have been $24,138.00.

|  |  |
|---|---|
|  | THE PLAINTIFF<br>ROBERT E. MARTIN, JR. |
| DATE: NOVEMBER 12, 2004 | BY: _____<br>IKECHUKWU UMEUGO<br>HIS ATTORNEY<br>UMEUGO & ASSOCIATES, P.C<br>620 BOSTON POST ROAD<br>P.O. BOX 23673<br>WEST HAVEN, CT 06516<br>Phone: (203) 931-2680<br>Fax: 203-931-2682<br>Email:umeugoand.associates@snet.net<br>Fed. Bar#Ct. 04536 |
|  | THE DEFENDANT<br>TOWN OF WESTPORT |
| DATE: NOVEMBER 12, 2004 | BY:: _____<br>CHRISTY H. DOLE, ESQ. (ct23458)<br>MICHAEL J. ROSE, ESQ. (ct14803)<br>HOWD & LUDORF<br>65 WETHERSFIELD AVE.<br>HARTFORD, CT 06114-1190<br>Phone: (860) 249-1361<br>Fax: (860) 249-7665<br>Email: cdoyle@hl-law.com |