AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF Court

Martin
v.
Town of Westport

EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:02cv1395

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark R. Kravitz | Ikechukwu Umeugo | Michael J. Rose |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/16/04 | Thea Finkelstein | Ken Ghilardi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| C-1 | | 11/16/04 | | | Jury Instruction (charge conf. copy) |
| 2 | | 11/16/04 | | | Verdict Form (charge conf copy) |
| 3 | | 11/17/04 | | | Jury Instruction (Jury's copy) |
| 4 | | 11/17/04 | | | Jury Note |

FILED 2004 NOV 17 P 2 12 U.S. DISTRICT COURT NEW HAVEN, CT

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages