AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF **CT**

**EXHIBIT AND WITNESS LIST**

Martin v. Westport

CASE NUMBER: 3:02cv1395

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark R. Kravitz | Ikechukwu Umeugo | Michael J. Rose |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 11/16/04 – | Thea Finkelstein | Ken Ghilardi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ |   | 11/16/04 |   |   | Robert E. Martin, Jr |
| ✓ |   | 11/16/04 |   |   | John Budzik |
| ✓ |   | 11/16/04 |   |   | David DeMace |
|   | ✓ | 11/16/04 |   |   | Stephen Edwards |

*U.S. DISTRICT COURT, NEW HAVEN, CT — FILED 2004 NOV 17 P 2:12*

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages