Martin v. Westport
3:02cv1395 MRK

FILED
2004 NOV 17 P 2: 12
U.S. DISTRICT COURT
NEW HAVEN, CT

## Index of Defendant's Exhibits

50 1 - Medical Records of Robert Martin.

A. Correspondence dated May 31, 2001 from Dr. Gross

B. Office Note dated September 20, 2001 (Dr. Gross)

C. Office Note dated October 12, 2001 (Dr. Gross)

D. Office Note dated August 9, 2001 (Dr. Gross)

E. Office Note dated February 15, 2001 (Dr. Gross)

F. Office Note dated February 22, 2001 (Dr. Gross)

G. Office Note dated December 13, 2000 (Dr. Gross)

H. Office Note dated December 14, 2000 (Dr. Gross)

I. Office Note dated December 21, 2000 (Dr. Gross)

50 2. Department of Public Works, Equipment Maintenance Division, Equipment Mechanic Job Description

50 3. Westport Code, Section C4-5 (3-20-2001) (Town Charter).

50 4. Medical Records Robert Martin, Jr.

A. Office Note dated January 5, 2001 (Dr. Michael Brennan)

B. Questionnaire completed by plaintiff (undated).

C. Office Note dated November 30, 2000 (Dr. Michael Brennan)

D. Office Note dated October 12, 2000 (Dr. Michael Brennan)

E. Questionnaire completed by plaintiff (undated).

F. Questionnaire completed by plaintiff (October 12, 2000).

G. Office Note dated July 27, 2000.

H Office Note dated July 11, 2000.

    I. Office Note dated June 29, 2000.

J. Office Note (and assessment) dated May 15, 2000.

K. Office Note dated April 17, 2000.

L. Office Note dated May 1, 2000

M. Office Note dated April 17, 2000

N. Report from Dr. Bruce Sprague, dated January 29, 2001.

O. Hand Surgery of Connecticut, February 15, 2001.

50 5. Letter dated May 29, 2001 from Mr. Hamilton re: disability pension.

50 6. Letter dated May 31, 2001 from Tom Hamilton.

50 7. May 23, 2001 Grievance/Denial by Diane Farrell.