Martin
3:02cv1395 MRK

# PLAINTIFF FULL EXHIBITS INDEX

| | |
|---|---|
| 1 – | Job description for the Master Mechanic position. |
| 2 – | April 13, 2001 and May 1, 2001 Edward's letter to Mr. Martin. |
| 3 – | Dr. Gross' medical reports or notes on Mr. Martin dated February 15, 2001, February 22, 2001, and April 5, 2001. |
| 4 – | Collective Bargaining Agreement between the town of Westport and Council # 4 AFSCME, AFL-C10 local 1303-385, public works, July 1, 1999-June 30, 2004. |
| 5 – | Memorandum from the town of Westport First Selectman dated February 27, 2001, to All Non-Uniform Employees of Town of Westport – in Re: Light Duty Return to Work Program. |

FILED
2004 NOV 17 P 2:12
U.S. DISTRICT COURT
NEW HAVEN, CT

Martin
Case 3:02-cv-01395-MRK    Document 56    Filed 11/17/2004    Page 1 of 1