UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT E. MARTIN, JR.,

        Plaintiff,

v.

TOWN OF WESTPORT,

        Defendant.

NO. 3:02CV1395(MRK)

**VERDICT FORM**

PLEASE READ THE INSTRUCTIONS AND ANSWER THE QUESTIONS IN PART I, SECTIONS A & B ON LIABILITY.

BEFORE PROCEEDING TO ANSWER ANY QUESTIONS IN PART II ON DAMAGES, PLEASE READ THE INSTRUCTIONS FOR THAT PART AND ONLY PROCEED TO ANSWER THE QUESTIONS IN PART II IF YOU ARE REQUIRED TO DO SO BY THE INSTRUCTIONS.

1

I. **LIABILITY ISSUES**

A. **DISPARATE TREATMENT UNDER TITLE VII**

You must answer Questions 1, 2 <u>and</u> 3.

Has Mr. Martin proven by a preponderance of the evidence that:

1. The Town of Westport took an adverse employment action against him?

    \_\_\_ YES          ✓ NO

2. Mr. Martin's race was a substantial or motivating factor in the Town of Westport's actions or conduct?

    \_\_\_ YES          ✓ NO

3. The Town of Westport's actions or conduct proximately caused any injuries sustained by Mr. Martin?

    \_\_\_ YES          ✓ NO

If you answered "Yes" to Questions 1, 2 <u>and</u> 3, then you have found in favor of Mr. Martin on his claim of Disparate Treatment under Title VII. If you have answered "NO" to Question 1, 2 <u>or</u> 3, then you have found for the Town of Westport on Mr. Martin's claim of Disparate Treatment under Title VII.

2

B. **DISPARATE TREATMENT UNDER THE CONNECTICUT FAIR EMPLOYMENT PRACTICES ACT (CFEPA)**

You must answer Questions 1, 2 **and** 3. Please note that your answers to Questions 1, 2 and 3 here in Section B must be the same as your answers to Questions 1, 2 and 3 in Section A, above.

Has Mr. Martin proven by a preponderance of the evidence that:

1. The Town of Westport took an adverse employment action against him?

   ___ YES        ✓ NO

2. Mr. Martin's race was a substantial or motivating factor in the Town of Westport's actions or conduct?

   ___ YES        ✓ NO

3. The Town of Westport's actions or conduct proximately caused any injuries sustained by Mr. Martin?

   ___ YES        ✓ NO

If you answered "Yes" to Questions 1, 2 **and** 3, then you have found in favor of Mr. Martin on his claim of Disparate Treatment under the Connecticut Fair Employment Practices Act (CFEPA). If you have answered "NO" to Question 1, 2 **or** 3, then you have found for the Town of Westport on Mr. Martin's claim of Disparate Treatment under the Connecticut Fair Employment Practices Act (CFEPA).

3

II.  **DAMAGES ISSUES**

Only proceed to answer the questions in this Part II if you have found for Mr. Martin on his claims in Part I, Section A and B.  If you have found for the Town of Westport on Mr. Martin's claims in Part I, Section A and B, then you may skip this Part II and you should proceed to the Conclusion of Deliberations on the final page (p. 5).

A.  **ECONOMIC DAMAGES**

Please fill in a dollar amount for Mr. Martin's economic damages:

Economic Damages:        $_____

B.  **NON-ECONOMIC DAMAGES**

Please fill in a dollar amount for Mr. Martin's NON-economic damages:

Non-economic Damages:        $_____

Please do not proceed to Section C, Nominal Damages, if you have inserted a monetary value for either economic or non-economic damages above.

C.  **NOMINAL DAMAGES**

If you find in favor of Mr. Marin on his claims in this case, but you find that Mr. Martin's damages have no monetary value, then place an "X" next to Nominal Damages below.

Nominal Damages:        _____

4

## III. CONCLUSION OF DELIBERATIONS

Your deliberations are now complete, and you should have your jury foreperson note the date and time below and sign in the space provided. You should return your completed Verdict Form to the Court.

__11-17-2004__   __1:11__ A.M./**P.M.**
Date        Time

_____
Foreperson (please sign)