# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT E. MARTIN, JR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:02cv1395 (MRK) |
| | : | |
| TOWN OF WESTPORT, | : | |
| STEPHEN EDWARDS | : | |
| | : | |
| Defendants, | : | |

## J U D G M E N T

This matter came on for trial before a jury and the Honorable Mark R. Kravitz, United States District Judge.  On November 17, 2004, the jury returned a verdict for the defendant, Town of Westport on all counts.  On August 4, 2004, a Memorandum of Decision entered granting defendant Stephen Edwards Motion for Summary Judgment.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut this 18th day of November, 2004.

KEVIN F. ROWE, Clerk
By
/s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD : _____