UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT E. MARTIN, JR., | : | NO.: 3:02-CV-1395 (MRK) |
|           Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF WESTPORT, | : | |
|           Defendant | : | NOVEMBER 23, 2004 |

## BILL OF COSTS

Pursuant to Local Rule 54(a), the defendant, the Town of Westport, hereby submits his bill of costs in the above-captioned case. The jury issued a verdict in favor of the defendant on November 17, 2004. This bill of costs is filed within ten (10) days of such expiration. A verification pursuant to 28 U.S.C. §1924 is attached hereto as Exhibit A.

    A.    Fees of the Court Reporter – D.Conn.L.Civ.R. 54(c)2(ii) (Exhibit B):

          1.    Deposition transcript of Robert E. Martin (02/28/03)    **$529.15**
                ($493.50 original and one copy + $4.00 shipping
                and handling + $31.65 tax)

    B.    Maps, charts, models, photographs, summaries, computations and statistical summaries (D.Conn.L.Civ.R. 54(c)(5)) (Exhibit C):

        1.    Copies of exhibit enlargement and mounting for trial:    **$367.29**

        Enlargements:
        11 x 6: 11 pages x 6 square feet = 66 square feet;
        66 square feet x $1.25 (price per square foot) = $82.50

        Mounting:
        11 pages x 6 square feet = 66 square feet;
        66 square feet x $4.00 (price per square foot) = $264.00

        Taxes = $20.79

**TOTAL FEES REQUESTED:**    **$896.44**

DEFENDANTS,
TOWN OF WESTPORT

By __/s/ Michael J. Rose_____
    Michael J. Rose [ct14803]
    Howd & Ludorf
    65 Wethersfield Avenue
    Hartford, CT  06114
    (860) 249-1361
    (860) 249-7665 (Fax)
    E-Mail: mrose@hl-law.com

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. First Class Mail, to the following counsel of record this 23rd day of November, 2004.

Ikechukwu Umeugo, Esquire
Umeugo & Associates, P.C.
620 Boston Post Road
PO Box 26373
West Haven, CT 06516

                                             /s/ Michael J. Rose
                                             Michael J. Rose