EXHIBIT A

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT E. MARTIN, Jr., | : | NO.: 3:02-CV-1395 (MRK) |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF WESTPORT, | : | |
| Defendant | : | NOVEMBER 23, 2004 |

**VERIFICATION OF MICHAEL J. ROSE**

I, Michael J. Rose, being duly sworn, depose and say:

1. I am over eighteen (18) years of age and I believe in the obligation of an oath;

2. I represented the defendant, Town of Westport, in the above-captioned case and have knowledge of the facts of the case and the costs incurred by the Town of Westport in defending this case; and

3. The items in the defendant's Bill of Costs are correct and have been necessarily incurred in this case, and the services for which fees have been charged were actually and necessarily performed.

Dated at Hartford, Connecticut, this 23rd of November, 2004.

DEFENDANT,
TOWN OF WESTPORT

By: /s/ Michael J. Rose
Michael J. Rose [ct14803]
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
Phone: (860) 249-1361
Fax: (860) 249-7665
E-Mail: mrose@hl-law.com

STATE OF CONNECTICUT  )
                      ) ss.: Hartford
COUNTY OF HARTFORD    )

Subscribed and sworn to before me this 23rd day of November, 2004.

/s/ Robin B. Kallor
Robin B. Kallor
Commissioner of the Superior Court