EXHIBIT B

**NIZIANKIEWICZ MILLER &**

972 TOLLAND STREET
EAST HARTFORD, CT 06108-1533
(860) 291-9191
FAX (860) 528-1972

*Daniel S. Niziankiewicz*
*Robert Miller*

RECEIVED
APR 22 2003
BY:_____

MICHAEL J. ROSE, ESQUIRE
HOWD & LUDORF
65 WETHERSFIELD AVENUE
HARTFORD, CT 06114-1190

DATE         04/21/2003
INVOICE        25927
CLIENT           871
REFERENCE WIN

Re: ROBERT E. MARTIN, JR.    TOWN OF WESPORT
Assignment Date: February 28, 2003

Deposition Of - ROBERT E. MARTIN, JR.



| | |
|---|---:|
| TRANSCRIPT ORIG. & 1 | 493.50 |
| SHIPPING & HANDLING | 4.00 |
| CONDENSED AND ASCII | 30.00 |
| Total Amount $ | 527.50 |
| Tax $ | 31.65 |
| Total due $ | 559.15 |

WE APPRECIATE YOUR BUSINESS!
PAYMENT DUE UPON RECEIPT OF THIS INVOICE

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444

CLIENT'S COPY