# IKON Office Solutions

EXHIBIT C

**INVOICE**　　Page　1

## Document Services

Phone: (860) 278-1555　　Fax: (860) 278-6612
Federal ID #: 230334400

**TERMS: Net 10 Days**

| | |
|---|---|
| Invoice # | HAR073841 |
| Invoice Date | 11/16/2004 |
| Due Date | 11/26/2004 |
| Customer # | HAR-HOW6 |
| Order # | 04110376 |

SOLD TO:
HOWD & LUDORF
65 WETHERSFIELD AVE
HARTFORD, CT 06114

SHIP TO:
HOWD & LUDORF
65 WETHERSFIELD AVE
HARTFORD, CT 06114

| Order Date | Ordered By | Reference / Case # | Account Manager |
|---|---|---|---|
| 11/15/2004 | JOYCE BARLOW | 134-23400 | STEVE PASSARO |
| Reference 2 | | Reference 3 | |

| | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 642 | OS ENLARGE (sq. ft.) | 66 | 1.250 | 82.50 |
| 1017 | MOUNTING (sq. ft.) | 66 | 4.000 | 264.00 |

11 (24 x 36) MOUNTED BOARD (6 SQ. FT. EACH)

Thank You for Using IKON Document Services

**PLEASE PAY FROM THIS INVOICE**

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN 10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5% PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS. CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| | |
|---|---|
| Taxable Sales: | 346.50 |
| Sales Tax: | 20.79 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | **367.29** |

Received and approved by: _____　Date: _____

(Please pay from this copy. The party named on this bill is held responsible for payment)

Payment From:
HOWD & LUDORF
65 WETHERSFIELD AVE
HARTFORD, CT 06114

Amount Enclosed
$ _____

Invoice　HAR073841
Invoice Date　11/16/2004
Customer #　HAR-HOW6
Order #　04110376

Please Remit to:
Ikon Office Solutions
Northeast District - HAR
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT:**　367.29

10:49:59　11/23/2004