UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT E. MARTIN, Jr., | : | NO.: 3:02-CV-1395 (MRK) |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF WESTPORT AND | : | |
| STEPHEN EDWARDS, | : | |
| Defendants | : | DECEMBER 7, 2004 |

### PLAINTIFF'S OBJECTION TO DEFENDANT'S BILL OF COSTS

The plaintiff, respectfully object to the defendant's Bill of Cost for the following reasons:

1- The Jury verdict in favor of the defendant on November 17, 2004, should be set aside because no reasonable Jury would have rendered such a verdict given the abundant evidence that established that the defendant's actions were a pretext for racial discrimination.

2- The plaintiff intends to appeal the Jury verdict to the Federal Appellate Court.

3- The plaintiff has the constitutional right to initiate an action such as this in which he believes very strongly that the defendant discriminated against him on the basis of his race. To be penalized by way of bill of costs will amount to restricting his exercise of his constitutional rights.

WHEREFORE, the plaintiff respectfully objects to the defendant's bill of costs and requests the court to deny the defendant's bill of costs.

        THE PLAINTIFF
        ROBERT E. MARTIN, JR.


BY:_____
    IKECHUKWU UMEUGO
    HIS ATTORNEY
    UMEUGO & ASSOCIATES, P.C
    620 BOSTON POST ROAD
    P.O. BOX 23673
    WEST HAVEN, CT 06516
    Phone: (203) 931-2680
    Fax: 203-931-2682
    Email:umeugoand.associates@snet.net
    Fed. Bar#Ct. 04536

## **CERTIFICATION**

   This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via Facsimile and Regular U.S. Mail to the following counsel of record this 7th day of December 2004.

Michael J. Rose, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190
Fax: 860-241-8974

_____
 Ikechukwu Umeugo, Esquire