UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT E. MARTIN, Jr.,<br>Plaintiff | : | NO.: 3:02-CV-1395 (MRK) |
| v. | : | |
| TOWN OF WESTPORT,<br>Defendant | : | February 17, 2005 |

## SUPPLEMENTAL VERIFICATION OF MICHAEL J. ROSE

I, Michael J. Rose, being duly sworn, depose and say:

1.  I am over eighteen (18) years of age and I believe in the obligation of an oath.

2.  I represented the defendant, Town of Westport, in the above-captioned case and have knowledge of the facts of the case and the costs incurred by the Town of Westport in defending this case.

3.  This Supplemental Verification is submitted in further support of defendants' Bill of Costs, which was filed on or about November 24, 2004, as requested by the Court.

4.  As requested by this Court, attached hereto as Exhibit 1 is an itemized bill from the Niziankiewicz & Miller indicating the number of pages and the page rate for the

deposition of the plaintiff that occurred on or about February 28, 2003.

Dated at Hartford, Connecticut, this 17th of November, 2005.

DEFENDANT,
TOWN OF WESTPORT

By: /s/ Michael J. Rose
Michael J. Rose [ct14803]
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
Phone: (860) 249-1361
Fax: (860) 249-7665
E-Mail: mrose@hl-law.com

STATE OF CONNECTICUT  )
                      ) ss.: Hartford
COUNTY OF HARTFORD    )

Subscribed and sworn to before me this 17th day of February, 2005.

/s/ Robin B. Kallor
Robin B. Kallor
Commissioner of the Superior Court

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. First Class mail, to the following counsel of record this 17th day of February, 2005.

Ikechukwu Umeugo, Esquire
Umeugo & Associates, P.C.
620 Boston Post Road
PO Box 26373
West Haven, CT  06516

/s/ Michael J. Rose
Michael J. Rose