# Exhibit 1



**NIZIANKIEWICZ MILLER & M**

972 TOLLAND STREET
EAST HARTFORD, CT 06108-1533
(860) 291-9191
FAX (860) 528-1972

*Daniel S. Niziankiewi...*
*Robert Mill...*

Attention Robin Kaylor
MICHAEL J. ROSE, ESQUIRE
HOWD & LUDORF
65 WETHERSFIELD AVENUE
HARTFORD, CT  06114-1190

F. 249-7665

DATE        04/21/2003
INVOICE        25927
CLIENT           871
REFERENCE  WIN

Re: ROBERT E. MARTIN, JR.    TOWN OF WESPORT
Assignment Date: February 28, 2003

Deposition Of - ROBERT E. MARTIN, JR.

```
TRANSCRIPT ORIG. & 1   141 pages @ $3.50              493.50
SHIPPING & HANDLING                                     4.00
CONDENSED AND ASCII                                    30.00
                                                   ==========
                              Total Amount  $         527.50
                           Less Paid To Date $        559.15
                                       Tax  $          31.65
                                 Total due  $           0.00
```

YOUR ACCOUNT IS NOW PAST DUE!
PROMPT PAYMENT WOULD BE APPRECIATED!

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444