UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT E. MARTIN, Jr., | : | NO.: 3:02-CV-1395 (MRK) |
| v. | : | |
| TOWN OF WESTPORT, ET AL | : | MARCH 8, 2005 |

**<u>DEFENDANT'S MOTION FOR RELEASE OF THE BOND<br>PLAINTIFF POSTED PURSUANT TO LOCAL CIVIL RULE 83.3(A)<br>TO THE DEFENDANT AS PARTIAL PAYMENT OF THE<br>COSTS AWARDED TO THE DEFENDANT IN THIS MATTER</u>**

This action was commenced on or about August 12, 2002. On November 22, 2002, this Court issued an order requiring the plaintiff to post a $500.00 bond as security for costs in response to defendant's October 31, 2002 motion pursuant to Local Civil Rules 83.3(a).

Judgment was entered for the defendant Town of Westport on November 18, 2004, after a jury trial in favor of the defendant. The defendant filed its Bill of Costs on November 23, 2004. On February 24, 2005, the Court granted the defendant costs in the amount of $525.15. (See Court's Ruling attached hereto as Exhibit A.)

The defendant respectfully requests that the Court release the $500.00 bond to the defendant as partial payment of the Costs awarded to the defendant in this case.

DEFENDANTS,
TOWN OF WESTPORT AND
STEPHEN EDWARDS

By  */s/ Michael J. Rose*
    Michael J. Rose [ct14803]
    Howd & Ludorf, LLC
    65 Wethersfield Avenue
    Hartford, CT  06114
    (860) 249-1361
    (860) 249-7665 (Fax)
    E-Mail:  mrose@hl-law.com

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. First Class Mail, to the following counsel of record this 8th day of March, 2005.

Ikechukwu Umeugo, Esquire
Umeugo & Associates, P.C.
620 Boston Post Road
PO Box 26373
West Haven, CT  06516

                                                        */s/ Michael J. Rose*
                                                       Michael J. Rose

HL 23400