# Exhibit A

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ROBERT E. MARTIN, JR.

VS.                                                                CIVIL 3:02CV1395(MRK)

TOWN OF WESTPORT

RULING ON DEFENDANT'S BILL OF COSTS

Judgment entered for the defendant on November 18, 2004, after a jury trial in favor of the defendant, Town of Westport. Defendant filed a Bill of Costs on November 23, 2004, plaintiff filed an objection on December 10, 2004 and after a request from the Court, a Supplemental Verification of Michael J. Rose was filed on February 22, 2005. A Ruling and Order entered on January 4, 2005, denying plaintiff's motion to set aside the judgment and verdict. For the reasons stated below, the defendant's bill of costs is granted in part and denied in part.

A.   FEES FOR COURT REPORTER: Defendants are entitled to costs for an original and one copy of a transcript and any court reporter attendance fees, to be taxed at the prevailing page rate pursuant to Local Rule 80. Pursuant to Vol. VI, Chap. XX of the "Guide to Judiciary Policies and Procedures", maximum transcript rates for an original and one copy are $3.75 per page. Postage and handling and charges for delivery of transcripts are not recoverable as costs, Wahl v Carrier Mfg. Co., Inc. 511 F.2d 209, 217 (7th Cir.,1975). Deposition transcripts are taxable if used at trial in lieu of live testimony, for cross-examination, for impeachment, or in support

1

of a successful motion for summary judgment pursuant to Local Rule 54(c)2(ii).

Defendants submitted a claim for the deposition transcript of the plaintiff held on February 28, 2003, in the amount of $559.15. This claim is reduced to $525.15, eliminating the charge for shipping and handling.

B. <u>FEES FOR MAPS, CHARTS, MODELS, ETC.</u>: Pursuant to Local Rule 54(c)5, costs for maps and charts are only taxable if admitted into evidence and only if they are not greater than 8 ½" x 11" in size. Defendant has submitted a claim in the amount of $367.29 which is disallowed.

C. <u>SUMMARY</u>: For the reasons previously stated, the defendant's bill of costs is allowed in the amount of $525.15.

Pursuant to Local Rule 54(d), the parties may appeal this decision to the presiding judge within five days of the entry of this ruling.

Dated in New Haven, Connecticut, this 24th day of February, 2005.

                                      KEVIN F. ROWE, CLERK

                                      BY:
                                      Lori Inferrera
                                      Deputy-in-Charge